# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2008

Charles R. Fulbruge III
Clerk

No. 07-10431
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ANDREW BAKAS

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:06-CR-110-1

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Andrew Bakas appeals the 30-month sentence imposed following his guilty plea conviction for one count of passing counterfeit obligations of the United States, in violation of 18 U.S.C. § 472.

A district court's legal analysis at sentencing is reviewed de novo. United States v. Olis, 429 F.3d 540, 545 (5th Cir. 2005). Bakas argues that the district court erred in assigning him a criminal history score based on three offenses that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

did not occur until after the counterfeiting offense to which he pleaded guilty. Bakas's argument is foreclosed by this court's decision in United States v. Lara, 975 F.2d 1120, 1129 (5th Cir. 1992). The controlling sequence of events is not the order in which the crimes are committed but the order in which the sentences are imposed. See U.S.S.G. § 4A1.2(a)(1). Bakas also argues that the district court's assessment of a criminal history score violates the goals of the Sentencing Guidelines. However, he does not support his conclusional argument with a citation to any persuasive authority.

The judgment of the district court is AFFIRMED.